**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-1174**

---

GEORGE PAUL LAROQUE,

       Plaintiff – Appellant,

  v.

SARA A. CONTI,

       Defendant – Appellee,

    and

MICHAEL D. WEST, Bankruptcy Administrator,

       Party-in-Interest,

ROBIN VIRGINIA HEINZE,

       Debtor.

---

**No. 09-1175**

---

GEORGE PAUL LAROQUE,

       Plaintiff – Appellant,

  v.

SARA A. CONTI,

       Defendant – Appellee,

    and

MICHAEL D. WEST, Bankruptcy Administrator,

Party-in-Interest,

ROBIN VIRGINIA HEINZE,

Debtor.

No. 09-1176

GEORGE PAUL LAROQUE,

Plaintiff – Appellant,

v.

SARA A. CONTI,

Defendant – Appellee,

and

MICHAEL D. WEST, Bankruptcy Administrator,

Party-in-Interest,

ROBIN VIRGINIA HEINZE,

Debtor.

No. 09-1177

GEORGE PAUL LAROQUE,

Plaintiff – Appellant,

v.

SARA A. CONTI,

Defendant – Appellee,

2

and

MICHAEL D. WEST, Bankruptcy Administrator,

Party-in-Interest,

ROBIN VIRGINIA HEINZE,

Debtor.

**No. 09-1186**

GEORGE PAUL LAROQUE,

Plaintiff – Appellant,

v.

SARA A. CONTI,

Defendant – Appellee,

and

MICHAEL D. WEST, Bankruptcy Administrator,

Party-in-Interest,

ROBIN VIRGINIA HEINZE,

Debtor.

**No. 09-1263**

GEORGE PAUL LAROQUE,

Plaintiff – Appellant,

v.

SARA A. CONTI,

          Defendant – Appellee,

     and

MICHAEL D. WEST, Bankruptcy Administrator,

          Party-in-Interest,

ROBIN VIRGINIA HEINZE,

          Debtor.

---

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:08-cv-00564-NCT; 1:08-cv-00569-NCT;  1:08-cv-00595-NCT;  1:08-cv-00663-NCT;  1:08-cv-00568-NCT; 1:09-cv-00078-NCT)

---

Submitted:  June 18, 2009         Decided:  June 23, 2009

---

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George Paul LaRoque, Appellant Pro Se.  Sara A. Conti, Appellee Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Paul LaRoque appeals the district court's orders dismissing his appeals from the bankruptcy court and denying leave to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. LaRoque v. Conti, Nos. 1:08-cv-00564-NCT; 1:08-cv-00569-NCT; 1:08-cv-00595-NCT; 1:08-cv-00663-NCT; 1:08-cv-00568-NCT; 1:09-00078-NCT (M.D.N.C. Jan. 30, 2009 & Feb. 13, 2009). We grant LaRoque's motions to consolidate his appeals and deny his motions for transcripts and a certified copy of the record at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

5